UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 42250
   VALERIE L KOEHLER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3812
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/30/05 and confirmed on 02/02/06.

2. The case was converted to Chapter 7 after confirmation, 09/16/2006.

3. The Debtor paid a total of $    828.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICREDIT FINANCIAL | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 399.63 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2685.87 | .00 | 41.11 |
| NIEMAN MARCUS | UNSECURED | 92.60 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6701.97 | .00 | 100.49 |
| DENNIS PORICK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 160.28 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 469.53 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 10509.88 | .00 | 10509.88 |
| PRINCIPAL PAID | .00 | .00 | 141.60 | .00 | 141.60 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 141.60 | .00 | 141.60 |

The Debtor's attorney, JOHN C DENT           , was allowed $   2700.00 and was paid $    651.00 .

The Trustee received $     35.40 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/21/06                   /S/
                              GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 42250 VALERIE L KOEHLER