**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KOEHLER, VALERIE L | ) | |
| | ) | CASE NO. 05-42250 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:   Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

    on:   **August 15, 2008**
    at:   **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                               $         6,527.92

    b. Disbursements                          $             0.00

    c. Net Cash Available for Distribution    $         6,527.92

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ | $ 1,402.79 | $ 220.63 |
| John C. Dent Chapter 13 Admin Fees | $ | $ 2,049.00 | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $10,509.88, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 27.17%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | World Financial Network National Bank | $ 469.53 | $ 127.57 |
| 3 | World Financial Network National Bank | $ 160.28 | $ 43.55 |
| 4 | Capital One Bank | $ 2,685.87 | $ 729.74 |
| 5 | Capital One Bank | $ 399.63 | $ 108.58 |
| 6 | Neiman Marcus | $ 92.60 | $ 25.16 |
| 7 | LVNV Funding LLC its successors and assigns | $ 6,701.97 | $ 1,820.90 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Bank Accounts
    b. Household Goods
    c. Wearing apparel

Dated:   **July 16, 2008**               For the Court,

                                By:   **KENNETH S. GARDNER**
                                       Kenneth S. Gardner
                                       Clerk of the United States Bankruptcy Court
                                       219 S. Dearborn Street, 7th Floor
                                       Chicago, IL  60604

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1          Date Rcvd: Jul 16, 2008
Case: 05-42250                 Form ID: pdf002              Total Served: 18

The following entities were served by first class mail on Jul 18, 2008.
db           +Valerie L Koehler,    2210A Cottonwood,    Joliet, IL 60432-3126
aty          +John C Dent,   John C Dent Ltd,    1000 S. State,    Suite 202,    Lockport, IL 60441-3472
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10020951    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,     POB 183853,    Arlington, TX. 76096)
9939532     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,     4001 Embarcadaro,    Arlington, TX 76014)
10437969     +Capital One Bank,    c/o TSYS Debt Management,     PO Box 5155,    Norcross, GA 30091-5155
9939534      +Captial One Bank,    PO Box 85015,    Richmond, VA 23285-5015
9939533      +Captial One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
9939535      +HSBC/Neiman,    1201 Elm Street,    2700 Renaissance Tower,    Dallas, TX 75270-2114
11421461     +John C. Dent,    1000 S. State Suite 202,    Lockport, IL 60441-3472
10498420     +Neiman Marcus,    P O Box 740933,    Dallas, TX 75374-0933
10498428     +Neiman Marcus,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas, TX 75374-0933
9939536      +Providian,    PO Box 9007,    Pleasanton, CA 94566-9007
9939537      +Salem Village Nursing & Rehab Ctr.,     c/o Dennis Porick,    63 W. Jefferson,
               Joliet, IL 60432-4337
9939538      +WFNNB/ The Avenue,    PO Box 2974,    Mission, KS 66201-1374
10329850     +World Financial Network National Bank,     Lane Bryant Mail Order,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10329958     +World Financial Network National Bank,     The Avenue,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Jul 17, 2008.
10613866      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,     as assignee of Washington Mutual Finance,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
               Sycamore, IL 60178-3140
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2008**          **Signature:** _Joseph Speetjens_